Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-11414-AMC**

CHRISTINE  BENNETT  
6755 DOREL STREET  
PHILADELPHIA  PA   19142

Petition Filed Date: 03/07/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $183.00 | 1704026763 | 02/03/2020 | $183.00 | 19069436805 | 03/10/2020 | $183.00 | 1704017853 |
| 04/21/2020 | $183.00 | 19101257086 | 06/11/2020 | $366.00 | 19121520896 | 07/29/2020 | $183.00 | 19130643730 |
| 08/18/2020 | $183.00 | 1747700847 | 11/17/2020 | $183.00 | 1757066247 | 01/14/2021 | $183.00 | 1757868462 |
| 02/09/2021 | $183.00 | 1765791405 | 03/10/2021 | $183.00 | 1769020074 | 05/26/2021 | $366.00 | 19272861806 |

**Total Receipts for the Period: $2,562.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,930.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,552.38 | $0.00 | $1,552.38 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,145.98 | $0.00 | $1,145.98 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $897.34 | $0.00 | $897.34 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $612.63 | $0.00 | $612.63 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $272.85 | $0.00 | $272.85 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 006 | Mortgage Arrears | $8,096.87 | $2,406.13 | $5,690.74 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $452.35 | $0.00 | $452.35 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PHFA-HEMAP<br>»» 009 | Mortgage Arrears | $800.00 | $237.71 | $562.29 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $600.00 | $0.00 |

**Chapter 13 Case No. 19-11414-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,930.00 | Current Monthly Payment: | $181.66 |
| Paid to Claims: | $3,243.84 | Arrearages: | $703.86 |
| Paid to Trustee: | $356.76 | Total Plan Base: | $10,446.98 |
| Funds on Hand: | $329.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.