L.B.F. 3007-1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Christine Bennett**        :     Chapter 13
                :
                :
    **Debtor**         :     Bky. No. 19-11414amc
                    HEARING 5/25/2022 at
                    11:00AM COURTROOM NO. 4

**NOTICE OF OBJECTION TO CERTIFICATION OF DEFAULT**

**Debtor, Christine Bennett, by and through her counsel, Sharon S. Masters, Esq., has filed an objection to the certification of default you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**. (If you do not have an attorney, you may wish to consult an attorney).

2. **If you do not want the court to change or eliminate your certification, you or your lawyer must attend the hearing on the objection,** scheduled to be held on **May 25, 2022 at 11:00am in Courtroom No. 4, United States Bankruptcy Court, 900 Market St., Philadelphia, PA  19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your certification.**.

3. **If you intend to appear at the hearing** to contest the objection, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

             /s/ Sharon S. Masters, Esq.

Dated: 4/20/2022        Sharon S Masters, Esq.
             The Law Office of Sharon S. Masters
             2201 Pennsylvania Ave. #517
             Philadelphia, PA  19130
             (610) 322-5277
             shmasters@hotmail.com