# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Bennett<br>　　　　　　　Debtor(s) | |
| U.S. Bank National Association, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1<br>　　　　　　v.<br>Christine Bennett<br>　　　　　　　Debtor<br>Paul Burton<br>　　　　　　　Co-Debtor(s)<br>　　　　and<br>Scott F. Waterman<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 19-11414 AMC |

## ORDER

　　　　AND NOW, this　　　　day of　　　　　　, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 4, 2021  it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6755 Dorel Street Philadelphia, PA 19142.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 25, 2022**　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.