United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 19-11414-amc

Christine Bennett                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                       Page 1 of 2

Date Rcvd: May 26, 2022                           Form ID: pdf900                               Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Bennett, 6755 Dorel Street, Philadelphia, PA 19142-2606 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION et al..., RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14458932 | + | U.S. Bank National Association, AS TRUSTEE, SUCCES, C/O REBECCA SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2022 00:15:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2022 00:06:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14323174 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2022 00:06:00 | U.S. Bank National Association, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022                                         Signature:                   /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

**Name**      **Email Address**

LAUREN BERSCHLER KARL
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et al... lkarl@rascrane.com  lbkarl03@yahoo.com

POLLY A. LANGDON
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
     on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL Et Al... bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

SHARON S. MASTERS
     on behalf of Debtor Christine Bennett shmasters@hotmail.com  G65312@notify.cincompass.com

Scott F Waterman
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christine Bennett<br>                          Debtor(s) | |
| U.S. Bank National Association, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 | Chapter 13<br><br>NO. 19-11414 AMC |
| v. | |
| Christine Bennett<br>                          Debtor<br>Paul Burton<br>                          Co-Debtor(s)<br>           and<br>Scott F. Waterman<br>                          Trustee | |

## ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on January 4, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. Bank National Association, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6755 Dorel Street Philadelphia, PA 19142.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 25, 2022**

_____
United States Bankruptcy Judge.