| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 19-11414-AMC

CHRISTINE BENNETT  
6755 DOREL STREET  
PHILADELPHIA  PA    19142

Petition Filed Date: 03/07/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/26/2021 | $366.00 | 19272861806 | 06/30/2021 | $183.00 | 19279410197 | 08/02/2021 | $183.00 | 1777961871 |
| 08/30/2021 | $366.00 | 1796255937 | 09/21/2021 | $366.00 | 19305224383 | 10/12/2021 | $160.00 | 1796262012 |
| 11/16/2021 | $183.00 | 10887560715 | 11/30/2021 | $183.00 | 1803328299 | 01/31/2022 | $183.00 | 19359235838 |
| 02/17/2022 | $183.00 | 1806970266 | 03/25/2022 | $183.00 | 1815453477 | 04/26/2022 | $183.00 | 1818630054 |
| 06/08/2022 | $183.00 | 19370711144 | 07/01/2022 | $183.00 | 1821685131 | | | |

**Total Receipts for the Period:  $3,088.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,652.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»»  001 | Unsecured Creditors | $1,552.38 | $0.00 | $1,552.38 |
| 2 | MERRICK BANK<br>»»  002 | Unsecured Creditors | $1,145.98 | $0.00 | $1,145.98 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $897.34 | $0.00 | $897.34 |
| 4 | AMERICAN INFOSOURCE LP<br>»»  004 | Unsecured Creditors | $612.63 | $0.00 | $612.63 |
| 5 | LVNV FUNDING LLC<br>»»  005 | Unsecured Creditors | $272.85 | $0.00 | $272.85 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»»  006 | Mortgage Arrears | $8,096.87 | $4,964.97 | $3,131.90 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $452.35 | $0.00 | $452.35 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PHFA-HEMAP<br>»»  009 | Mortgage Arrears | $800.00 | $490.55 | $309.45 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $600.00 | $0.00 |

**Chapter 13 Case No. 19-11414-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,652.00 | Current Monthly Payment: | $181.66 |
| Paid to Claims: | $6,055.52 | Arrearages: | $343.44 |
| Paid to Trustee: | $596.48 | Total Plan Base: | $10,446.98 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.