UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: Christine Bennett | : | **Chapter 13** |
|---|---|---|
|  | : | **No. 19-11414** |
|  | : |  |
| **Debtor** | : |  |

**PRAECIPE TO WITHDRAW MOTION TO ABATE**

TO THE CLERK:

    Kindly withdraw Debtor's Motion to Abate Payments and Modify Chapter 13 Plan filed at Docket No. 107.

    Thank you.

    */s/ Sharon S. Masters*
Sharon S. Masters, Esquire
Attorney for Debtor

Dated: 5/22/2024