United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Christine Bennett

Debtor

Case No. 19-11414-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Bennett, 6755 Dorel Street, Philadelphia, PA 19142-2606 |
| 14337967 | | Office of Chief Counsel, Commonwealth of Pennsylvania, 1101 S. Front St., 3rd Floor Riverfront, Harrisburg, PA 17104-2516 |
| 14890156 | + | Pennsylvania Housing Finance Agency-HEMAP., c/o Katie M. Housman, Esq., Purcell,Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14284585 | + | SYNCB/American Girl, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14458932 | + | U.S. Bank National Association, AS TRUSTEE, SUCCES, C/O REBECCA SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14284578 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 25 2024 00:19:00 | Barclay Bank DE, POB 8803, Wilmington, DE 19899-8803 |
| 14284581 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 01:21:50 | Capital One, POB 85015, Richmond VA 23285 |
| 14369612 | | Email/Text: megan.harper@phila.gov | Jul 25 2024 00:19:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14303915 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 00:45:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14284583 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 25 2024 00:46:31 | Credit One Bank, 6801 S. Cimarron Rd., Las Vegas, NV 89113-2273 |
| 14284579 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 01:21:55 | DSNB Macys, 911 Duke Blvd., Mason, OH 45040 |
| 14284582 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2024 01:33:50 | Chase Card, 301 N. Walnut St. 9th Fl., Wilmington, DE 19801 |
| 14284576 | ^ | MEBN | Jul 25 2024 00:03:20 | KML Law Group, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 14287929 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 01:22:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14289146 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 25 2024 00:46:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14284575 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2024 00:19:00 | Nationstar Mortgage dba Mr. Cooper, 8950 |

| | | | |
|---|---|---|---|
| | | | Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 14380096 | | Email/Text: blegal@phfa.org | |
| | | Jul 25 2024 00:19:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14284577 | + | Email/Text: blegal@phfa.org | |
| | | Jul 25 2024 00:19:00 | PHFA-HEMAP, 211 N. Front St., Harrisburg, PA 17101-1466 |
| 14889823 | + | Email/Text: blegal@phfa.org | |
| | | Jul 25 2024 00:19:00 | Pennsylvania Housing Finance Agency - HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14301188 | + | Email/Text: RASEBN@raslg.com | |
| | | Jul 25 2024 00:18:00 | RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 14285211 | ^ | MEBN | |
| | | Jul 25 2024 00:03:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14284941 | ^ | MEBN | |
| | | Jul 25 2024 00:03:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14284580 | + | Email/Text: convergent@ebn.phinsolutions.com | |
| | | Jul 25 2024 00:19:00 | T Mobile, c/o Collection Agency, 800 SW 39th Street, Renton, WA 98057-4975 |
| 14323889 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 25 2024 00:19:00 | U.S. Bank National Association, PO Box 619094, Dallas TX 75261-9094 |
| 14323174 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Jul 25 2024 00:19:00 | U.S. Bank National Association, PO Box 619096, Dallas TX 75261-9096 |
| 14284584 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Jul 25 2024 00:19:00 | WEBBNK/Fingerhut, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14284586 | | 2 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |

    on behalf of Creditor U.S. Bank National Association  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA,
NATIONAL Et Al... bkgroup@kmllawgroup.com

KATIE HOUSMAN
    on behalf of Creditor Pennsylvania Housing Finance Agency-HEMAP khousman@pkh.com

LAUREN BERSCHLER KARL
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION et al... lkarl@rascrane.com  lbkarl03@yahoo.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHARON S. MASTERS
    on behalf of Debtor Christine Bennett shmasters@hotmail.com  G65312@notify.cincompass.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)–doc 159 – 155

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Christine Bennett | ) | Case No. 19–11414–amc |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 24, 2024

For The Court

Timothy B. McGrath
Clerk of Court