Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
Chapter 13 Case No. 19-11414-AMC

CHRISTINE BENNETT  
6755 DOREL STREET  
PHILADELPHIA PA   19142

Petition Filed Date: 03/07/2019  
341 Hearing Date: 04/26/2019  
Confirmation Date: 10/16/2019

Case Status: Completed on 7/16/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/26/2023 | $183.00 | | 11/06/2023 | $350.00 | | 01/22/2024 | $1,000.00 | |
| 02/20/2024 | $300.00 | | 07/16/2024 | $315.00 | | | | |

**Total Receipts for the Period: $2,148.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,447.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,552.38 | $2.23 | $1,550.15 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,145.98 | $1.65 | $1,144.33 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $897.34 | $1.29 | $896.05 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $612.63 | $0.88 | $611.75 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $272.85 | $0.39 | $272.46 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 006 | Mortgage Arrears | $8,096.87 | $8,096.87 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $452.35 | $0.65 | $451.70 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PHFA-HEMAP<br>»» 009 | Mortgage Arrears | $800.00 | $800.00 | $0.00 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $600.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 11 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | T MOBILE USA INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CREDIT ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-11414-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,447.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $9,503.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $943.04 | Total Plan Base: | $10,447.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.